UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 11 PM 12:22

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Noel Alberto BONILLA-Estrada,** Defendant | ) | Magistrate Docket No. '08 MJ 0384 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 9, 2008** within the Southern District of California, defendant, **Noel Alberto BONILLA-Estrada,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **FEBRUARY 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Noel Alberto BONILLA-Estrada**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 09, 2008, Border Patrol Agent S. Morgan was performing uniformed line watch duties in the Imperial Beach Border Patrol Station area of operational responsibility. At approximately 7:25 A.M. a scope operator reported suspected illegal alien entry near a location known to agents as "Smuggler's Canyon", an uninhabited area with brushy terrain located approximately 4 miles west of the San Ysidro Port of Entry, and approximately 200 yards north of the International Boundary.

Agent Morgan arrived at the location and spotted two males running through the brush. Agent Morgan identified himself as a United States Border Patrol Agent and questioned both males, including one later identified as the defendant **Noel Alberto BONILLA-Estrada,** as to their citizenship and immigration status. Both males, including the defendant, stated that they were citizens and nationals of Mexico not in possession of documents that would allow them to enter or remain in the United States lawfully. At approximately 7:35 A.M. Agent Morgan placed the defendant and the other alien under arrest and had them transported to the Imperial Beach Border Patrol Station for further processing.

The defendant acknowledged his Miranda Rights, which he chose to waive, and stated that he is a citizen and national of Mexico not in possession of documents that would allow him to enter or remain in the United States lawfully. The defendant further admitted he did not seek permission to re-enter the United States.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 31, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on February 10, 2008 at 9:30 A.M.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 9, 2008** in violation of Title **8**, United States Code, Section **1326**.

Anthony J. Battaglia
United States Magistrate Judge

2/10/08 1030 AM
Date/Time