KAREN P. HEWITT
United States Attorney
W. MARK CONOVER
Assistant U.S. Attorney
California State Bar No. 236090
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5200

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0768GT |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF WITHDRAWAL OF DOCUMENT |
| NOEL ALBERTO BONILLA-ESTRADA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, wish to withdrawal docket number 12, an Amended Sentencing Summary Chart filed on May 1, 2008. This document was filed in error.

Please call me if you have any questions about this notice.

DATED: May 2, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/W. Mark Conover
W. MARK CONOVER
Assistant United States Attorney
Email: mark.conover@usdoj.gov